FILED
12/6/16 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

In re:

    MATTHEW C. ALLISON and
    JILL K. ALLISON,

        Debtors.

------------------------------------------------

    MATTHEW C. ALLISON,

        Movant,

            v.

    GIANT EAGLE,

        Respondent.

Bankr. Case No. 11-26720-GLT

Chapter 13

Related to Dkt. No. 311
Hearing:  December 21, 2016 at 10:00 a.m.

WO-1 ☒
WO-2 ☐

### MODIFIED ORDER

    The above-named Debtor having filed an *Ex Parte Motion to Terminate Wage Attachment* [Dkt. No. 311] ("Motion"), it is hereby

    ORDERED that the *Motion* is rendered **MOOT**, upon entry of the *Order to Stop Payroll Deductions* [Dkt. No. 318].  The hearing scheduled for December 21, 2016 is **CANCELLED**.

Dated:  December 6, 2016

_____
Gregory L. Taddonio,    **cgt**
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matthew C Allison
Jill K. Allison
        Debtors

Case No. 11-26720-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Dec 06, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2016.
db/jdb        +Matthew C Allison,    Jill K. Allison,    113 Lilac Drive,   New Castle, PA 16105-1736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Matthew C Allison    apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison    apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com
          Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
          Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
           edward.j.laubach@irscounsel.treas.gov,  pitirs.bk.email@irscounsel.treas.gov
          Francis E. Corbett    on behalf of Interested Party Walter    Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Interested Party Sharon    Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
           JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
           jsnider@grenenbirsic.com
          Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
           lisa.dicerbo@irscounsel.treas.gov,
           lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 21