# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 11-26720-GLT |
| MATTHEW C. ALLISON AND | |
| JILL K. ALLISON, | Chapter 13 |
| Debtors. | Related to Document No. 314 |
| DITECH FINANCIAL, LLC, as serviced by DITECH FINANCIAL, LLC, | Related to Claim No 23-1 |
| | Hearing Date: 12/14/16 |
| Movant, | |
| | Hearing Time: 9:00 A.M. |
| vs. | |
| MATTHEW C. ALLISON, JILL K. ALLISON and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents. | |

## RESPONSE OF DITECH FINANCIAL, LLC TO THE DEBTORS' OBECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

Ditech Financial, LLC, (hereinafter "Ditech"), by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to the Debtor's Objection to Notice of Mortgage Payment Change and in support thereof avers as follows:

1.  The Notices of Mortgage Payment Change filed on 4/14/16 and 10/11/16 are required by Bankruptcy Rule 3002.1(b).

2.  As a long term continuing debt, the secured claim of Ditech is not discharged in this case pursuant to 11 U.S.C. Sec. 1328.

3.  The disallowance of the Proof of Claim filed at Claim No. 23-1 as an untimely filed claim is not a basis for objection to a Notice of Mortgage Payment Change.

**WHEREFORE**, Ditech Financial, LLC, respectfully requests that this Honorable Court deny the Debtors' Objection.

                                                          Respectfully submitted,

                                                          PHELAN HALLINAN
                                                          DIAMOND & JONES, LLP

Date: <u>December 9, 2016</u>                     */s/ James A. Prostko, Esquire*
                                                          James A. Prostko, Esquire
                                                          PA ID No. 27221
                                                          Phelan Hallinan Diamond & Jones, LLP
                                                          Omni William Penn Place Office Tower
                                                          555 Grant Street, Suite 300
                                                          Pittsburgh, PA 15219
                                                          412.745.0600 / 412.745.0601 (fax)
                                                          james.prostko@phelanhallinan.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MATTHEW C. ALLISON AND<br>JILL K. ALLISON,<br><br>　　　　　Debtors.<br><br>DITECH FINANCIAL, LLC, as serviced by<br>DITECH FINANCIAL, LLC,<br><br>　　　　　Movant,<br><br>vs.<br><br>MATTHEW C. ALLISON, JILL K.<br>ALLISON and RONDA J. WINNECOUR,<br>Chapter 13 Trustee,<br><br>　　　　　Respondents. | Bankruptcy No. 11-26720-GLT<br><br>Chapter 13<br><br>Related to Document No. 314<br><br>Related to Claim No 23-1<br><br>Hearing Date: 12/14/16<br><br>Hearing Time: 9:00 A.M. |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 9, 2016, I served or caused to be served Ditech Financial, LLC's Response to the Debtors' Objection to Notice of Mortgage Payment Change on the parties at the addresses shown below. The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

**Service by Electronic Notification**
AURELIUS P. ROBLETO, ESQUIRE
ROBLETO LAW
239 FOURTH AVENUE
SUITE 1619
PITTSBURGH, PA 15222
APR@ROBLETOLAW.COM

RONDA J. WINNECOUR, TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

**Service by First Class Mail**
MATTHEW C ALLISON
113 LILAC DRIVE
NEW CASTLE, PA 16105

JILL K. ALLISON
113 LILAC DRIVE
NEW CASTLE, PA 16105

|  |  |
|---|---|
|  | PHELAN HALLINAN DIAMOND & JONES, LLP |
| Date: <u>December 9, 2016</u> | <u>*/s/ James A. Prostko, Esquire*</u><br>James A. Prostko, Esquire<br>PA ID No. 27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Place Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>412.745.0600 / 412.745.0601 (fax)<br>james.prostko@phelanhallinan.com |