IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**DEC 21 2016**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 11-26720-GLT |
| | : | Chapter:  13 |
| Matthew C Allison | : | |
| Jill K. Allison | : | |
| | : | Date:  12/21/2016 |
| Debtor(s). | : | Time:  10:00 |

## PROCEEDING MEMO

**MATTER:**   #303 - Chapter 13 Trustee's Motion to Dismiss Case
    #305 - Response by Debtor
    #316 - Reply by Trustee to Debtor's Response

**APPEARANCES:**
    Debtor:    Aurelius P. Robleto
    Trustee:   Jana Pail

**NOTES:**

Pail - Withdraws the Motion to Dismiss as all issues have been resolved.

Robleto - Also withdrew Objection to Notice of Mortgage Payment Change of Ditech.

**OUTCOME:**

1. Order to be issued denying Motion to Dismiss as withdrawn. (Text Order to issue).

**DATED:** 12/21/2016