FILED
12/21/16 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>  MATTHEW C. ALLISON and<br>  JILL K. ALLISON,<br>    Debtors.<br>-----------------------------------------------<br>  DITECH FINANCIAL, LLC, as serviced by<br>  DITECH FINANCIAL, LLC,<br>    Movant,<br>        v.<br>  MATTHEW C. ALLISON,<br>  JILL K. ALLISON and RONDA J.<br>  WINNECOUR, Chapter 13 Trustee,<br>    Respondents. | Bankr. Case No. 11-26720-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 327 and 329<br>Hearing: January 18, 2017 |

**MODIFIED**

**ORDER GRANTING MOTION TO WITHDRAW
MOTION TO RECONSIDER ORDER DENYING DEBTORS'
OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

Upon consideration of the Debtors' Motion to Withdraw their Motion for Reconsideration [Dkt. No. 329] in the referenced case and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Debtors' Motion to Reconsider filed on December 15, 2016 [Dkt No. 327] is WITHDRAWN. The hearing scheduled for January 18, 2017 is **CANCELLED.**

Order prepared by
Aurelius Robleto.

Dated: December 21, 2016

_____
Gregory L. Taddonio,       cgt
United States Bankruptcy Judge

Respondent shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Respondent shall file a certificate of service within 3 days hereof.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Matthew C Allison  
Jill K. Allison  
    Debtors

Case No. 11-26720-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz            Page 1 of 1            Date Rcvd: Dec 21, 2016  
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.  
db/jdb        +Matthew C Allison,    Jill K. Allison,    113 Lilac Drive,    New Castle, PA 16105-1736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:  
      Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,  
       rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com  
      Aurelius P. Robleto    on behalf of Debtor Matthew C Allison apr@robletolaw.com,  
       rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com  
      Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,  
       rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com  
      Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,  
       RA-occbankruptcy6@state.pa.us  
      David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania  
       draphael@grenenbirsic.com,   mcupec@grenenbirsic.com  
      Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service  
       edward.j.laubach@irscounsel.treas.gov,   pitirs.bk.email@irscounsel.treas.gov  
      Francis E. Corbett    on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,  
       fcorbett7@gmail.com  
      Francis E. Corbett    on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,  
       fcorbett7@gmail.com  
      James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,  
       james.prostko@phelanhallinan.com  
      James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,  
       james.prostko@phelanhallinan.com  
      James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,  
       james.prostko@phelanhallinan.com  
      Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department  
       JGrossman@grossmanfirm.com,  
       JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com  
      Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania  
       jsnider@grenenbirsic.com  
      Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com  
      Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,  
       joseph.schalk@phelanhallinan.com  
      Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,  
       RA-occbankruptcy6@state.pa.us  
      Lisa DiCerbo    on behalf of Creditor    Internal Revenue Service  
       lisa.dicerbo@irscounsel.treas.gov,  
       lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov  
      Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com  
      Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com  
      Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                TOTAL: 22