IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MATTHEW C. ALLISON and<br>JILL K. ALLISON,<br><br>    Debtors.<br>------------------------------------------------<br>MATTHEW C. ALLISON,<br><br>    Movant,<br><br>               v.<br><br>No Respondent. | Case No. 11-26720-GLT<br><br>Chapter 13 |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 6, 2016 at docket number 298, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 1, 2017                                                            Respectfully submitted,

                                                                                      /s/ Aurelius Robleto
                                                                                    Aurelius P. Robleto
                                                                                    PA ID No. 94633
                                                                                    ROBLETO LAW, PLLC
                                                                                    Three Gateway Center
                                                                                    401 Liberty Avenue, Suite 1306
                                                                                   Pittsburgh, PA 15222
                                                                                   Tel:  (412) 925-8194
                                                                                   Fax:  (412) 346-1035
                                                                                   apr@robletolaw.com

**PAWB Local Form 24 (07/13)**