**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 11-26720-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Matthew C Allison
113 Lilac Drive
New Castle PA 16105

Jill K. Allison
113 Lilac Drive
New Castle PA 16105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2017.

Name and Address of Alleged Transferor(s):

Claim No. 23: Green Tree Servicing LLC, PO Box 44265, Jacksonville, FL 32231-4265

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree
Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/19/17

Michael R. Rhodes
## CLERK OF THE COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 11-26720-GLT
Matthew C Allison                                              Chapter 13
Jill K. Allison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz          Page 1 of 1         Date Rcvd: Feb 17, 2017
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
14066462      Green Tree Servicing LLC,    PO Box 44265,   Jacksonville, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
              Aurelius P. Robleto   on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com,
              rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto   on behalf of Debtor Matthew C Allison apr@robletolaw.com,
              rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto   on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,
              rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Christos A. Katsaounis   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
              RA-occbankruptcy6@state.pa.us
              David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
              draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              Edward J. Laubach, Jr.   on behalf of Creditor   Internal Revenue Service
              edward.j.laubach@irscounsel.treas.gov,  pitirs.bk.email@irscounsel.treas.gov
              Francis E. Corbett   on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,
              fcorbett7@gmail.com
              Francis E. Corbett   on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,
              fcorbett7@gmail.com
              James A. Prostko   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com,
              james.prostko@phelanhallinan.com
              James A. Prostko   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com,
              james.prostko@phelanhallinan.com
              James A. Prostko   on behalf of Creditor   Ditech Financial, LLC pawb@fedphe.com,
              james.prostko@phelanhallinan.com
              Jeffrey T. Grossman   on behalf of Creditor   First Tennessee Bank NA, Department
              JGrossman@grossmanfirm.com,
              JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
              Jillian Nolan Snider   on behalf of Creditor   First National Bank of Pennsylvania
              jsnider@grenenbirsic.com
              Joseph A. Dessoye   on behalf of Creditor   Ditech Financial, LLC pawb@fedphe.com
              Joseph P. Schalk   on behalf of Creditor   GREEN TREE SERVICING LLC pawb@fedphe.com,
              joseph.schalk@phelanhallinan.com
              Kenneth D. Henderson   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcyl@state.pa.us,
              RA-occbankruptcy6@state.pa.us
              Lisa DiCerbo   on behalf of Creditor   Internal Revenue Service
              lisa.dicerbo@irscounsel.treas.gov,
              lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
              Mario J. Hanyon   on behalf of Creditor   Ditech Financial, LLC pawb@fedphe.com
              Mario J. Hanyon   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com
              Matthew John McClelland   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 22