Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Matthew C Allison** : | Case No. 11−26720−GLT |
| **Jill K. Allison** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 343 |
| v. : | |
| **No Respondents** : | Hearing Date: 5/17/17 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this **27th day of February, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 343 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before April 13, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **May 17, 2017 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-26720-GLT
Matthew C Allison                                                     Chapter 13
Jill K. Allison
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Feb 27, 2017
                              Form ID: 604            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
```
db/jdb         +Matthew C Allison,    Jill K. Allison,    113 Lilac Drive,    New Castle, PA 16105-1736
aty            +Francis E Corbett,    Calaiaro & Corbett, P.C.,    310 Grant Street, Suite 1105,
                 Pittsburgh, PA 15219-2230
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
cr              CITIMORTGAGE, INC.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +First Tennessee Bank National Association,    P.O. Box 201347,    Arlington, TX 76006-1347
intp           +Sharon Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
intp           +Walter Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
13244799       +AES,    1200 N. 7th Street,    Harrisburg PA 17102-1419
13224127       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13222648      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13244800        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13244801       +Best Buy/HSBC,    Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
13359537        CITIMORTGAGE, INC., Et al,    CITIMORTGAGE, INC.,    PO BOX 6030,    SIOUX FALLS, SD 57117-6030
13244803       +Capital One,    PO box 30281,    Salt Lake City, UT 84130-0281
13264467        Capital One Bank (USA), N.A. by American InfoSourc,     PO Box 71083,    Charlotte, NC  28272-1083
13244805       +Castle Management LLC,    1021 Decorath Lane,    New Caslte  PA 16101-3112
13244806        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13249570        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13244807       +CitiMortgage Inc,    PO Box 183040,    Columbus OH 43218-3040
13241484       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13273246        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13256707        First National Bank of Pennsylvania,    c/o Jillian L. Nolan,    Grenen & Birsic, P.C.,
                 One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13244810       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13278568       +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13244811       +First Tennessee Bank,    Credit Inquiry Dept,    Knoxville TN 37995-0001
14066462        Green Tree Servicing LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
13244814        J. Potter Inc,    PO Box 70058,    New Castle  PA  16107
13244816      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490)
13244817       +USA Baby,    PO Box 965036,    Orlando  FL 32896-5036
13244818       +Value City Furniture,    PO Box 659704,    San Antonio  TX 78265-9704
13244819       +Walter Cwynar and Sharron Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:34      Candica LLC,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43      Ditech Financial, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2017 02:40:20
                 First Tennessee Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 02:48:34      Internal Revenue Service,
                 Office of Chief Counsel,    1000 Liberty Avenue,    Room 806,    Pittsburgh, PA 15222-4027
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:48:56      PA Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:41:33
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13265552       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19
                 Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
13244802       +E-mail/Text: ebn@squaretwofinancial.com Feb 28 2017 02:50:03      CACH LLC,
                 4340 S. Monaco Street unit 2,    Denver  CO 80237-3485
13298149       +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:34      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13244804       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:00      CareCredit,    PO Box 960061,
                 Orlando  FL 32896-0061
13244808       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:00      Dick's Sporting Goods/GEMB,
                 PO Box 960061,    Orlando, FL 32896-0061
13244809       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:11      Dillard's/GEMB,    PO Box 960012,
                 Orlando  FL 32896-0012
14365937        E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43
                 Ditech Financial LLC fka Green Tree,    Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13306689        E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:00      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Feb 27, 2017
                              Form ID: 604            Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13244812         +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:00      GE Money,    PO Box 965024,
                  Orlando    FL 32896-5024
13428865          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:35
                  InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                  Oklahoma City, OK   73126-9093
13278832          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:04:53
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13343453          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:55:08
                  Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13248156          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:48:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13288738          E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:46
                  Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
13234744          E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:46
                  Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
13227630          E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:34
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13244815         +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2017 02:41:37     Sallie Mae Servicing,
                  PO Box 9532,    Willkes-Barre   PA 18773-9532
13264003         +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2017 02:40:32     Sallie Mae Trust,
                  c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
cr*             +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             +Ditech Financial LLC,    PO BOX 6154,    RAPID CITY, SD 57709-6154
cr*              ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*              First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA  16148-3401
cr*              GREEN TREE SERVICING LLC,    PO Box 44265,    Jacksonville, FL  32231-4265
cr*              InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                  Oklahoma City, OK   73126-9093
cr*             ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                  Norfolk, VA   23541)
13303241*       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13302335*       +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13362106*        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13244813*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13280487*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk VA 23541)
13261962*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
                  Cedar Rapids, IA. 52408-8026)
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Feb 27, 2017
                              Form ID: 604            Total Noticed: 56
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Matthew C Allison apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
              Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov,   pitirs.bk.email@irscounsel.treas.gov
              Francis E. Corbett    on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
               JGrossman@grossmanfirm.com,
               JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
              Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
               jsnider@grenenbirsic.com
              Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
               lisa.dicerbo@irscounsel.treas.gov,
               lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
              Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
              Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 22
```