**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW C ALLISON<br>JILL K. ALLISON<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>   Movant<br>  vs.<br>No Repondents. | Case No.:11-26720<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| February 24, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/31/2011 and confirmed on 2/6/13. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 118,690.07 |
| Less Refunds to Debtor | 2,659.34 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 116,030.73 |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 4,100.00 | | |
|   Trustee Fee | 4,250.39 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 8,350.39 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORP/LEXUS | 13,960.84 | 13,960.84 | 4,652.92 | 18,613.76 |
|     Acct: 5660 | | | | |
|   FIRST TENNESSEE BANK | 0.00 | 11,325.01 | 0.00 | 11,325.01 |
|     Acct: 8848 | | | | |
|   DITECH FINANCIAL LLC | 0.00 | 55,976.89 | 0.00 | 55,976.89 |
|     Acct: 3842 | | | | |
|   FIRST TENNESSEE BANK | 126.64 | 126.64 | 0.00 | 126.64 |
|     Acct: 8848 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3594 | | | | |
| | | | | 86,042.30 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW C ALLISON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW C ALLISON | 2,659.34 | 2,659.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AURELIUS P ROBLETO ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-16 | | | | |
|   INTERNAL REVENUE SERVICE* | 18,657.60 | 18,657.60 | 0.00 | 18,657.60 |
|     Acct: 4866 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,980.44 | 2,980.44 | 0.00 | 2,980.44 |
|     Acct: 60ST | | | | |
| | | | | 21,638.04 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 3,241.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 6684 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 73,596.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 7920 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 100,588.14 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6865 | | | | |
| TOYOTA MOTOR CREDIT CORP/LEXUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX0001 | | | | |
| WALTER AND SHARON CWYNAR | 175,572.92 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| ECMC(*) | 426.58 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| FIA CARD SERVICES** SCCSR BANK OF | 9,919.91 | 0.00 | 0.00 | 0.00 |
| Acct: 7394 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,409.42 | 0.00 | 0.00 | 0.00 |
| Acct: 8905 | | | | |
| CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX2354 | | | | |
| CAPITAL ONE BANK NA** | 4,272.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6252 | | | | |
| INSOLVE RECOVERY LLC BY AMERICAN | 5,834.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6515 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 238.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4245 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 7,354.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8315 | | | | |
| GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8843 | | | | |
| ECMC(*) | 13,748.58 | 0.00 | 0.00 | 0.00 |
| Acct: 8468 | | | | |
| INSOLVE RECOVERY LLC BY AMERICAN | 3,033.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8443 | | | | |
| QUANTUM3 GROUP LLC AGNT - WFNNB | 4,302.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7058 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,038.56 | 0.00 | 0.00 | 0.00 |
| Acct: 60ST | | | | |
| CANDICA LLC | 20,435.62 | 0.00 | 0.00 | 0.00 |
| Acct: 1493 | | | | |
| CANDICA LLC | 8,986.92 | 0.00 | 0.00 | 0.00 |
| Acct: 4746 | | | | |
| QUANTUM3 GROUP LLC AGNT - CAPIO F | 34.89 | 0.00 | 0.00 | 0.00 |
| Acct: 30NC | | | | |
| CITIBANK NA(*) | 8,815.59 | 0.00 | 0.00 | 0.00 |
| Acct: 5433 | | | | |
| ALLY FINANCIAL** | 1,486.21 | 0.00 | 0.00 | 0.00 |
| Acct: 1753 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3842 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                     107,680.34

```
TOTAL
CLAIMED         21,638.04
PRIORITY        14,087.48
SECURED        444,336.76
```

Date: 02/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MATTHEW C ALLISON
    JILL K. ALLISON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-26720

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 11-26720-GLT
Matthew C Allison                                              Chapter 13
Jill K. Allison
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 3                   Date Rcvd: Feb 27, 2017
                              Form ID: pdf900              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db/jdb         +Matthew C Allison,    Jill K. Allison,    113 Lilac Drive,    New Castle, PA 16105-1736
aty            +Francis E Corbett,    Calaiaro & Corbett, P.C.,    310 Grant Street, Suite 1105,
                 Pittsburgh, PA 15219-2230
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
cr              CITIMORTGAGE, INC.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,     Dallas, Tx 75254-7883
cr             +First Tennessee Bank National Association,     P.O. Box 201347,    Arlington, TX 76006-1347
intp           +Sharon Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
intp           +Walter Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
13244799       +AES,   1200 N. 7th Street,    Harrisburg PA 17102-1419
13224127       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13222648      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13244800        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13244801       +Best Buy/HSBC,    Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
13359537        CITIMORTGAGE, INC., Et al,    CITIMORTGAGE, INC.,    PO BOX 6030,    SIOUX FALLS, SD 57117-6030
13244803       +Capital One,   PO box 30281,    Salt Lake City, UT 84130-0281
13264467        Capital One Bank (USA), N.A. by American InfoSourc,     PO Box 71083,    Charlotte, NC  28272-1083
13244805       +Castle Management LLC,    1021 Decorath Lane,    New Caslte PA 16101-3112
13244806        Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13249570        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13244807       +CitiMortgage Inc,    PO Box 183040,    Columbus OH 43218-3040
13241484       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13273246        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13256707        First National Bank of Pennsylvania,     c/o Jillian L. Nolan,    Grenen & Birsic, P.C.,
                 One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13244810       +First National Bank of Pennsylvania,     4140 East State Street,    Hermitage, PA 16148-3401
13278568       +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13244811       +First Tennessee Bank,    Credit Inquiry Dept,    Knoxville TN 37995-0001
14066462        Green Tree Servicing LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
13244814        J. Potter Inc,    PO Box 70058,    New Castle  PA  16107
13244816      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490)
13244817       +USA Baby,    PO Box 965036,    Orlando  FL 32896-5036
13244818       +Value City Furniture,    PO Box 659704,    San Antonio  TX 78265-9704
13244819       +Walter Cwynar and Sharron Cwynar,     744 Melody Lane,    New Castle, PA 16101-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:34      Candica LLC,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43       Ditech Financial, LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2017 02:40:22
                 First Tennessee Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 02:48:38       Internal Revenue Service,
                 Office of Chief Counsel,    1000 Liberty Avenue,    Room 806,   Pittsburgh, PA 15222-4027
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:49:05       PA Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:43
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13265552       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19
                 Ally Financial Inc. f/k/a GMAC Inc.,     P O Box 130424,   Roseville, MN 55113-0004
13244802       +E-mail/Text: ebn@squaretwofinancial.com Feb 28 2017 02:50:03       CACH LLC,
                 4340 S. Monaco Street unit 2,    Denver  CO 80237-3485
13298149       +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:34      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13244804       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:12       CareCredit,   PO Box 960061,
                 Orlando  FL 32896-0061
13244808       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:12       Dick's Sporting Goods/GEMB,
                 PO Box 960061,    Orlando, FL 32896-0061
13244809       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:12       Dillard's/GEMB,   PO Box 960012,
                 Orlando  FL 32896-0012
14365937        E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43
                 Ditech Financial LLC fka Green Tree,    Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13306689        E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:12       GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
```

```
District/off: 0315-2           User: jhel              Page 2 of 3             Date Rcvd: Feb 27, 2017
                               Form ID: pdf900         Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13244812       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:17      GE Money,    PO Box 965024,
                 Orlando    FL 32896-5024
13428865        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:40
                 InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13278832        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:15:50
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13343453        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:54:37
                 Portfolio Recovery Associates, LLC,    POB 41067,   NORFOLK, VA 23541
13248156        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:49:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13288738        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:51
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13234744        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:51
                 Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13227630        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13244815       +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2017 02:41:32      Sallie Mae Servicing,
                 PO Box 9532,    Willkes-Barre   PA 18773-9532
13264003       +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2017 02:41:37      Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr*           +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*           +Ditech Financial LLC,    PO Box 6154,   RAPID CITY, SD 57709-6154
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*            First National Bank of Pennsylvania,    4140 East State Street,   Hermitage, PA 16148-3401
cr*            GREEN TREE SERVICING LLC,    PO Box 44265,   Jacksonville, FL 32231-4265
cr*            InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,   POB 41067,
                 Norfolk, VA  23541)
13303241*     +AES/PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
13302335*     +Candica, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13362106*      ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13244813*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
13280487*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk VA 23541)
13261962*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,   PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026)
                                                                                 TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 3 of 3            Date Rcvd: Feb 27, 2017
                              Form ID: pdf900           Total Noticed: 56
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

```
          Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Matthew C Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
          Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
           edward.j.laubach@irscounsel.treas.gov,  pitirs.bk.email@irscounsel.treas.gov
          Francis E. Corbett    on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
           JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
           jsnider@grenenbirsic.com
          Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
           lisa.dicerbo@irscounsel.treas.gov,
           lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 22
```