**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew C Allison** | Social Security number or ITIN  **xxx–xx–4866** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jill K. Allison** | Social Security number or ITIN  **xxx–xx–8468** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **11–26720–GLT** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew C Allison                               Jill K. Allison

4/20/17                      **By the court:**    Gregory L. Taddonio
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                       Case No. 11-26720-GLT
Matthew C Allison                                            Chapter 13
Jill K. Allison
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2        User: amaz            Page 1 of 3          Date Rcvd: Apr 20, 2017
                            Form ID: 3180W        Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db/jdb         +Matthew C Allison,    Jill K. Allison,    113 Lilac Drive,    New Castle, PA 16105-1736
aty            +Francis E Corbett,    Calaiaro & Corbett, P.C.,    310 Grant Street, Suite 1105,
                 Pittsburgh, PA 15219-2230
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
cr              CITIMORTGAGE, INC.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +First Tennessee Bank National Association,    P.O. Box 201347,    Arlington, TX 76006-1347
intp           +Sharon Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
intp           +Walter Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126
13244799       +AES,   1200 N. 7th Street,    Harrisburg PA 17102-1419
13224127       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13359537        CITIMORTGAGE, INC., Et al,    CITIMORTGAGE, INC.,    PO BOX 6030,    SIOUX FALLS, SD 57117-6030
13244805       +Castle Management LLC,    1021 Decorath Lane,    New Caslte PA 16101-3112
13273246        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13256707        First National Bank of Pennsylvania,    c/o Jillian L. Nolan,    Grenen & Birsic, P.C.,
                 One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13244810       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13278568       +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13244811       +First Tennessee Bank,    Credit Inquiry Dept,    Knoxville  TN 37995-0001
14066462        Green Tree Servicing LLC,    PO Box 94265,    Jacksonville, FL 32231-4265
13244814        J. Potter Inc,    PO Box 70058,    New Castle PA  16107
13244817       +USA Baby,    PO Box 965036,    Orlando  FL 32896-5036
13244819       +Walter Cwynar and Sharron Cwynar,    744 Melody Lane,    New Castle, PA 16101-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:11:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: OPHSUBSID.COM Apr 21 2017 00:53:00      Candica LLC,    c/o Weinstein & Riley, PS,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 01:10:48      Ditech Financial, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
cr             +EDI: AISACG.COM Apr 21 2017 00:53:00      First Tennessee Bank NA, Department,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +EDI: IRS.COM Apr 21 2017 00:53:00      Internal Revenue Service,    Office of Chief Counsel,
                 1000 Liberty Avenue,    Room 806,    Pittsburgh, PA 15222-4027
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:11:04      PA Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM Apr 21 2017 00:53:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13265552       +EDI: GMACFS.COM Apr 21 2017 00:53:00      Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,
                 Roseville, MN 55113-0004
13222648        EDI: BANKAMER2.COM Apr 21 2017 00:53:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13244800        EDI: BANKAMER.COM Apr 21 2017 00:53:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
13244801       +EDI: HFC.COM Apr 21 2017 00:53:00      Best Buy/HSBC,    Retail Services,    PO Box 17298,
                 Baltimore, MD 21297-1298
13244802       +EDI: STFC.COM Apr 21 2017 00:53:00      CACH LLC,    4340 S. Monaco Street unit 2,
                 Denver  CO 80237-3485
13298149       +EDI: OPHSUBSID.COM Apr 21 2017 00:53:00      Candica, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13244803       +EDI: CAPITALONE.COM Apr 21 2017 00:53:00      Capital One,    PO box 30281,
                 Salt Lake City, UT 84130-0281
13264467        EDI: CAPITALONE.COM Apr 21 2017 00:53:00      Capital One Bank (USA), N.A. by American InfoSourc,
                 PO Box 71083,    Charlotte, NC  28272-1083
13244804       +EDI: RMSC.COM Apr 21 2017 00:53:00      CareCredit,    PO Box 960061,    Orlando  FL 32896-0061
13244806        EDI: CHASE.COM Apr 21 2017 00:53:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13249570        EDI: CHASE.COM Apr 21 2017 00:53:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
13244807       +EDI: CIAC.COM Apr 21 2017 00:53:00      CitiMortgage Inc,    PO Box 183040,
                 Columbus  OH 43218-3040
13241484       +EDI: CITICORP.COM Apr 21 2017 00:53:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13244808       +EDI: RMSC.COM Apr 21 2017 00:53:00      Dick’s Sporting Goods/GEMB,    PO Box 960061,
                 Orlando, FL 32896-0061
13244809       +EDI: RMSC.COM Apr 21 2017 00:53:00      Dillard’s/GEMB,    PO Box 960012,
                 Orlando  FL 32896-0012
14365937        E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 01:10:48      Ditech Financial LLC fka Green Tree,
                 Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
```

```
District/off: 0315-2          User: amaz                Page 2 of 3               Date Rcvd: Apr 20, 2017
                              Form ID: 3180W            Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13306689         EDI: RMSC.COM Apr 21 2017 00:53:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                  PO Box 960061,   Orlando FL 32896-0661
13244812        +EDI: RMSC.COM Apr 21 2017 00:53:00      GE Money,    PO Box 965024,    Orlando   FL 32896-5024
13428865         EDI: AIS.COM Apr 21 2017 00:53:00      InSolve Recovery, LLC by American InfoSource LP,
                  PO Box 269093,   Oklahoma City, OK   73126-9093
13278832         EDI: PRA.COM Apr 21 2017 00:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
13343453         EDI: PRA.COM Apr 21 2017 00:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  NORFOLK, VA 23541
13248156         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:11:03
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13288738         EDI: Q3G.COM Apr 21 2017 00:53:00      Quantum3 Group LLC as agent for,
                  World Financial Network National Bank,    PO Box 788,    Kirkland, WA   98083-0788
13234744         EDI: Q3G.COM Apr 21 2017 00:53:00      Quantum3 Group LLC as agent for,    Capio Partners LLC,
                  PO Box 788,   Kirkland, WA   98083-0788
13227630         EDI: RECOVERYCORP.COM Apr 21 2017 00:53:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13244815        +EDI: NAVIENTFKASMSERV.COM Apr 21 2017 00:53:00      Sallie Mae Servicing,    PO Box 9532,
                  Willkes-Barre   PA 18773-9532
13264003        +EDI: NAVIENTFKASMSERV.COM Apr 21 2017 00:53:00      Sallie Mae Trust,    c/o Sallie Mae Inc.,
                  220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
13244816         EDI: TFSR.COM Apr 21 2017 00:53:00      Toyota Financial Services,    PO Box 9490,
                  Cedar Rapids, IA 52409-9490
13261962         EDI: TFSR.COM Apr 21 2017 00:53:00      Toyota Motor Credit Corporation,    PO BOX 8026,
                  Cedar Rapids, IA. 52408-8026
13244818        +EDI: WFNNB.COM Apr 21 2017 00:53:00      Value City Furniture,    PO Box 659704,
                  San Antonio   TX 78265-9704
                                                                                               TOTAL: 37

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
cr*             +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             +Ditech Financial LLC,    PO BOX 6154,   RAPID CITY, SD 57709-6154
cr*              ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*              First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
cr*              GREEN TREE SERVICING LLC,    PO Box 44265,   Jacksonville, FL  32231-4265
cr*              InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                  Oklahoma City, OK   73126-9093
cr*             ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC.,    POB 41067,
                  Norfolk, VA  23541)
13303241*       +AES/PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
13302335*       +Candica, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13362106*        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13244813*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
13280487*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk VA 23541)
                                                                                  TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: amaz              Page 3 of 3          Date Rcvd: Apr 20, 2017
                              Form ID: 3180W          Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:

```
          Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Matthew C Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
          Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
           edward.j.laubach@irscounsel.treas.gov,   pitirs.bk.email@irscounsel.treas.gov
          Francis E. Corbett    on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
           JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
           jsnider@grenenbirsic.com
          Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
           lisa.dicerbo@irscounsel.treas.gov,
           lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 22
```