**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/20/17 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   MATTHEW C ALLISON
   JILL K. ALLISON
      Debtor(s)

   Ronda J. Winnecour
      Movant
      vs.
   No Repondents.

Case No.:11-26720

Chapter 13

Related to Dkt. No. 343

**ORDER OF COURT**

AND NOW, this __20th__ day of __April__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: _Ronda J. Winnecour, Esq._

**DEFAULT ENTRY**

Dated: April 20, 2017

_____
Gregory L. Taddonio   jah
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                            Case No. 11-26720-GLT
Matthew C Allison                                                 Chapter 13
Jill K. Allison
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: amaz                  Page 1 of 3                  Date Rcvd: Apr 20, 2017
                             Form ID: pdf900             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db/jdb         +Matthew C Allison,   Jill K. Allison,   113 Lilac Drive,   New Castle, PA 16105-1736
aty            +Francis E Corbett,   Calaiaro & Corbett, P.C.,   310 Grant Street, Suite 1105,
                 Pittsburgh, PA 15219-2230
aty            +Robleto Law, PLLC,   Three Gateway Center,   401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
cr              CITIMORTGAGE, INC.,   P.O. Box 6030,   Sioux Falls, SD  57117-6030
cr             +Ditech Financial LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr             +First Tennessee Bank National Association,   P.O. Box 201347,   Arlington, TX 76006-1347
intp           +Sharon Cwynar,   744 Melody Lane,   New Castle, PA 16101-6126
intp           +Walter Cwynar,   744 Melody Lane,   New Castle, PA 16101-6126
13244799       +AES,   1200 N. 7th Street,   Harrisburg PA 17102-1419
13224127       +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13222648      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102)
13244800        Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13244801       +Best Buy/HSBC,   Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
13359537        CITIMORTGAGE, INC., Et al,   CITIMORTGAGE, INC.,   PO BOX 6030,   SIOUX FALLS, SD 57117-6030
13244803       +Capital One,   PO box 30281,   Salt Lake City, UT 84130-0281
13264467        Capital One Bank (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC  28272-1083
13244805       +Castle Management LLC,   1021 Decorath Lane,   New Caslte PA 16101-3112
13244806        Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13249570        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13244807       +CitiMortgage Inc,   PO Box 183040,   Columbus OH 43218-3040
13241484       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13273246        ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13256707        First National Bank of Pennsylvania,   c/o Jillian L. Nolan,   Grenen & Birsic, P.C.,
                 One Gateway Center, Ninth Floor,   Pittsburgh, PA 15222
13244810       +First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3401
13278568       +First Tennessee Bank,   P.O. Box 1469,   Knoxville, TN 37901-1469
13244811       +First Tennessee Bank,   Credit Inquiry Dept,   Knoxville TN 37995-0001
14066462        Green Tree Servicing LLC,   PO Box 44265,   Jacksonville, FL 32231-4265
13244814        J. Potter Inc,   PO Box 70058,   New Castle PA 16107
13244816      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   PO Box 9490,
                 Cedar Rapids, IA 52409-9490)
13244817       +USA Baby,   PO Box 965036,   Orlando  FL 32896-5036
13244818       +Value City Furniture,   PO Box 659704,   San Antonio  TX 78265-9704
13244819       +Walter Cwynar and Sharron Cwynar,   744 Melody Lane,   New Castle, PA 16101-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Apr 21 2017 01:11:27      Candica LLC,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 01:10:48      Ditech Financial, LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 21 2017 01:03:16
                 First Tennessee Bank NA, Department,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/Text: cio.bncmail@irs.gov Apr 21 2017 01:10:47      Internal Revenue Service,
                 Office of Chief Counsel,   1000 Liberty Avenue,   Room 806,   Pittsburgh, PA 15222-4027
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:11:05      PA Dept of Revenue,
                 Bankruptcy Division,   PO Box 280946,   Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 21 2017 01:03:06
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13265552       +E-mail/Text: ally@ebn.phinsolutions.com Apr 21 2017 01:10:33
                 Ally Financial Inc. f/k/a GMAC Inc.,   P O Box 130424,   Roseville, MN 55113-0004
13244802       +E-mail/Text: ebn@squaretwofinancial.com Apr 21 2017 01:11:40      CACH LLC,
                 4340 S. Monaco Street unit 2,   Denver  CO 80237-3485
13298149       +E-mail/Text: bncmail@w-legal.com Apr 21 2017 01:11:27      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13244804       +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 01:03:14      CareCredit,   PO Box 960061,
                 Orlando  FL 32896-0061
13244808       +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 01:02:47      Dick's Sporting Goods/GEMB,
                 PO Box 960061,   Orlando, FL 32896-0061
13244809       +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 01:02:47      Dillard's/GEMB,   PO Box 960012,
                 Orlando  FL 32896-0012
14365937        E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 01:10:48
                 Ditech Financial LLC fka Green Tree,   Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13306689        E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 01:03:14      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
```

```
District/off: 0315-2          User: amaz              Page 2 of 3              Date Rcvd: Apr 20, 2017
                              Form ID: pdf900         Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13244812         +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 01:03:14      GE Money,    PO Box 965024,
                  Orlando    FL 32896-5024
13428865          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2017 01:08:29
                  InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                  Oklahoma City, OK   73126-9093
13278832          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2017 01:08:29
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13343453          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2017 01:08:34
                  Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13248156          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:11:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13288738          E-mail/Text: bnc-quantum@quantum3group.com Apr 21 2017 01:10:54
                  Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
13234744          E-mail/Text: bnc-quantum@quantum3group.com Apr 21 2017 01:10:54
                  Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
13227630          E-mail/PDF: rmscedi@recoverycorp.com Apr 21 2017 01:02:50
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13244815         +E-mail/PDF: pa_dc_claims@navient.com Apr 21 2017 01:02:50      Sallie Mae Servicing,
                  PO Box 9532,    Willkes-Barre  PA 18773-9532
13264003         +E-mail/PDF: pa_dc_claims@navient.com Apr 21 2017 01:03:17      Sallie Mae Trust,
                  c/o Sallie Mae Inc.,   220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            +Ditech Financial LLC,    PO BOX 6154,    RAPID CITY, SD 57709-6154
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*             First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA  16148-3401
cr*             GREEN TREE SERVICING LLC,    PO Box 44265,    Jacksonville, FL  32231-4265
cr*             InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                  Oklahoma City, OK   73126-9093
cr*            ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                  Norfolk, VA  23541)
13303241*      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13302335*      +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13362106*       ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13244813*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13280487*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk VA 23541)
13261962*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
                  Cedar Rapids, IA. 52408-8026)
                                                                              TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: amaz                    Page 3 of 3                   Date Rcvd: Apr 20, 2017
                                      Form ID: pdf900               Total Noticed: 56
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Joint Debtor Jill K. Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Matthew C Allison apr@robletolaw.com,
           rmk@robletolaw.com,lsr@robletolaw.com,apr@ecf.courtdrive.com
          Christos A. Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com, mcupec@grenenbirsic.com
          Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
           edward.j.laubach@irscounsel.treas.gov,  pitirs.bk.email@irscounsel.treas.gov
          Francis E. Corbett    on behalf of Interested Party Sharon  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Interested Party Walter  Cwynar fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey T. Grossman    on behalf of Creditor    First Tennessee Bank NA, Department
           JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Jillian Nolan Snider    on behalf of Creditor    First National Bank of Pennsylvania
           jsnider@grenenbirsic.com
          Joseph A. Dessoye    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
           lisa.dicerbo@irscounsel.treas.gov,
           lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 22
```